ORIGINAL

FILED

10/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0503

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 21-0503

SHYLAH HANWAY,

      Petitioner,

vs.

KYLE FOUTS, Montana State Hospital
Administrator, and ADAM MEIER, Director,
Health and Human Services,

      Respondents.

FILED

OCT 2 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Department of Public Health and Human Services ("the Department") has filed a Motion to File its Response Brief under seal subsequent to filing a Response to Order on Writ of Mandamus.

GOOD CAUSE APPEARING:

IT IS ORDERED that the Department of Public Health and Human Services' Response Brief to Order on Writ of Mandamus is filed under seal.

Respectfully submitted this 22nd day of October, 2021.

Jim Rice
Acting Chief Justice

1